# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2013

## NO. 03-13-00472-CV

**R. F., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE JONES

**THIS DAY** came on to be submitted to this Court appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It **FURTHER** appearing to the Court that appellant has filed an affidavit of inability to pay costs, it is **FURTHER** ordered that no costs of appeal be assessed against appellant; and that this decision be certified below for observance.